UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID CHALUE,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**RAYMOND ROYCE,** )<br>)<br>Respondent. )<br>) | Civil Action No. 3:22-cv-30030 |

## SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules Governing Habeas Corpus Cases under Section 2254, the respondent, Raymond Royce, files the following Supplemental Answer to the petition for writ of habeas corpus.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

/s/ David F. Capeless
David F. Capeless (BBO #072570)
Special Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(413) 447-5530
david.f.capeless@state.ma.us

Dated:  June , 2022

# CONTENTS

EXHIBIT NUMBER

Berkshire Superior Court Docket Sheet,
 *Commonwealth v. Chalue*, No. BECR-2011-0140.......................................................................1

Supreme Judicial Court Docket Sheet,
 *Commonwealth v. Chalue*, No. SJC-12457............................................................................2

Brief for the Defendant,
 *Commonwealth v. Chalue*, No. SJC-12457............................................................................3

Reply Brief for the Defendant,
 *Commonwealth v. Chalue*, No. SJC-12457............................................................................4

Brief for the Commonwealth,
 *Commonwealth v. Chalue*, No. SJC-12457............................................................................5

*Commonwealth v. Chalue*,
 486 Mass. 847, 160 N.E.3d 277 (2021)..................................................................................6

## TRIAL TRANSCRIPTS

***Commonwealth v. Chalue,***
No. BECR-2011-0140

Trial Transcript, Day 1, dated April 22, 2014......................................................................7

Trial Transcript, Day 2, dated April 23, 2014......................................................................8

Trial Transcript, Day 3, dated April 25, 2014......................................................................9

Trial Transcript, Day 4, dated April 28, 2014....................................................................10

Trial Transcript, Day 5, dated April 29, 2014....................................................................11

Trial Transcript, Day 6, dated April 30, 2014 ...................................................................12

Trial Transcript, Day 7, dated May 1, 2014.......................................................................13

Trial Transcript, Day 8, dated May 5, 2014.......................................................................14

Trial Transcript, Day 9, dated May 6, 2014.......................................................................15

Trial Transcript, Day 10, dated May 7, 2014.....................................................................16

Trial Transcript, Day 11 AM, dated May 9, 2014 ........................................................................17

Trial Transcript, Day 11 PM, dated May 9, 2014 ........................................................................18

Trial Transcript, Day 12, dated May 11, 2014..............................................................................19

Trial Transcript, Day 13, dated May 12, 2014 .............................................................................20

Trial Transcript, Day 14, dated May 13, 2014..............................................................................21

Trial Transcript, Day 15, dated May 14, 2014..............................................................................22

Trial Transcript, Day 16, dated May 15, 2014..............................................................................23

Trial Transcript, Day 16, dated May 15, 2014..............................................................................24

Trial Transcript, Day 17, dated May 16, 2014..............................................................................25

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on June 30, 2022, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Andrew Crouch, Esq., counsel for the petitioner in this matter. There are no non-registered participants involved in this case.

Dated:  June 30, 2022                    /s/ David F. Capeless
                                          David F. Capeless