UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID CHALUE ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:22-cv-30030 |
| ) | |
| RAYMOND ROYCE, ) | |
| ) | |
| Respondent. ) | |

### RESPONDENT'S STATEMENT REGARDING EXISTENCE OF VICTIM

The respondent, Raymond Royce, hereby states that at least one of the offenses of which the petitioner, David Chalue, was convicted and upon which his petition for a writ of habeas corpus is based, did have victims as that term is defined by 18 U.S.C. § 3771.

Respectfully submitted,

MAURA HEALEY
Attorney General

 /s/ David F. Capeless
David F. Capeless (BBO #072570 )
Special Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(413) 447-5530
david.f.capeless@state.ma.us

Dated:  June 30, 2022

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system on June 30, 2022, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Andrew Crouch, Esq., counsel for the petitioner in this matter.  There are no non-registered participants involved in this case.

Dated:  June 30, 2022                               /s/ David F. Capeless
                                                                              David F. Capeless