UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID CHALUE,                                 ) | |
| Petitioner,     ) | |
| v.                                                 ) | Civil Action No. 3:22-cv-30030 |
| RAYMOND ROYCE,             ) | |
| Respondent.     ) | |

**ASSENTED-TO MOTION FOR SCHEDULING ORDER**

The respondent, Raymond Royce, respectfully moves this Court for a scheduling order providing that the petitioner will file a memorandum of law in support of the petition for a writ of habeas corpus no later than 2022 (60 days from today) and the respondent will file a memorandum of law in opposition to the petition no later than 2022, or 45 days from the filing of the petitioner's memorandum, whichever is later. In support of this motion, the respondent states:

1. On March 15, 2022, the petitioner filed his petition for a writ of habeas corpus, alleging three grounds for relief.  See Doc. No. 1.

2. The petition is now ready for briefing on the merits.

3. The petitioner will require time to review thoroughly the voluminous state court record and the pertinent legal authorities so that he may prepare a memorandum in support of the petition.  In addition, counsel for the petitioner must comply with deadlines and briefing schedules in other cases.

4. Once the petitioner has filed his memorandum, counsel for the respondent will need time to review the petitioner's arguments, the cases cited, and the state-court record in order to prepare a memorandum in opposition to the petition.

5. Accordingly, the respondent respectfully requests that this Court enter a scheduling order consistent with the deadlines set forth herein.

6. Counsel for the petitioner, Andrew Crouch, Esq., gave his assent to the relief requested in this motion by e-mail on June 30, 2022.

WHEREFORE, the respondent respectfully requests that this Court enter a scheduling order:

- Providing that the petitioner may file a memorandum in support of the petition for a writ of habeas corpus no later than August 29, 2022;

- Providing that the respondent may file a memorandum of law in opposition to the petition no later than October 13, 2022, or 45 days from the filing of the petitioner's memorandum, whichever is later; and

- Granting such other relief as may be just and equitable.

        Respectfully submitted,

        MAURA HEALEY
        ATTORNEY GENERAL

        /s/ David F. Capeless
        David F. Capeless (BBO #072570)
        Special Assistant Attorney General
        Appeals Division
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (413) 447-5530
        david.f.capeless@state.ma.us

Dated:  June 30, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system on June 30, 2022, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Andrew Crouch, Esq., counsel for the petitioner in this matter. There are no non-registered participants involved in this case.

                                                  /s/ David F. Capeless
                                                  David F. Capeless